ACCEPTED
01-15-00267-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 6:05:16 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00267-CV

IN THE COURT OF APPEALS
FOR THE 1st JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 6:05:16 PM
CHRISTOPHER A. PRINE
Clerk

IN RE SOLID SOFTWARE SOLUTIONS, INC., d/b/a EDIBLE SOFTWARE

Original Proceeding from the 215th Judicial District
Of Harris County, Texas
Trial Court Cause No. 2013-74668

**RELATOR SOLID SOFTWARE SOLUTIONS INC. d/b/a EDIBLE SOFTWARE'S EMERGENCY MOTION FOR TEMPORARY STAY**

Gregg M. Rosenberg
Texas State Bar No. 17268750
Tracey D. Lewis
Texas State Bar No. 24090230
ROSENBERG SPROVACH
3518 Travis, Suite 200
Houston, Texas 77002
Telephone (713) 960-8300
Facsimile (713) 621-6670
gregg@rosenberglaw.com

*Attorneys for Relators*

**RELATORS' EMERGENCY MOTION FOR TEMPORARY STAY**

TO THE COURT OF APPEALS:

1

Relator Solid Software Solutions, Inc., d/b/a Edible Software (hereinafter referred to as "Relator") files this Emergency Motion for Temporary Stay in conjunction with its previously filed Petition for Writ of Mandamus.

**MOTION FOR TEMPORARY RELIEF**

Pursuant to TEX. R. APP. P. 52.10, Relators file this Motion to respectfully request that the Court of Appeals stay the underlying trial proceedings, including all discovery, in the above captioned case pending action by the Court of Appeals on Relators Petition for Writ of Mandamus.

**ARGUMENT**

On March 24, 2015, Relator filed its Petition for Writ of Mandamus requesting that this Court vacate Respondent's February 27,2015 Order on denying Relator's Motion to Dismiss. The Order is attached as Exhibit 'A.' Relators file this Emergency Motion for Temporary Stay pursuant to Texas Rule of Appellate Procedure, 52.10, requesting this Court stay all proceedings in the trial court, pending a resolution of the mandamus petition. The purpose of the stay is to "prevent the parties and the respondent trial court from taking action until they receive further orders from the appellate court." *In re Bates,* 429 S.W.3d 47, 53 (Tex. App. – Houston [1st Dist.] 2014, orig. proceeding).

The trial of the underlying suit is set for the two week docket beginning March 23, 2015. Because of the ramifications of moving forward in the trial, when

there is a genuine question as to whether or not the trial court has jurisdiction over the claims brought against Relator, Relator respectfully request the issuance of a Temporary Stay until this mandamus proceeding can be heard and considered by this Court. A trial will require that Relator incur expenses independent from those that would be incurred against the individual defendant in the underlying case. Therefore, Relator requests that this Court stay all proceedings in the underlying case until such time as this Court grants or denies Relator's Petition for Writ of Mandamus.

## PRAYER

For the reasons set forth herein, Relator respectfully requests this Court temporarily stay the proceedings in the underlying case until such time as the Court grants or denies the mandamus relief sought therein.

Respectfully submitted,

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg
Texas State Bar No. 17268750
ROSENBERG & SPROVACH
3518 Travis Suite 200
Houston, Texas 77002
(713) 960-8300
(713) 621-6670 (Facsimile)
Attorney-in-Charge for Defendant

OF COUNSEL:
ROSENBERG & SPROVACH                ATTORNEYS FOR RELATORS

3

## CERTIFICATE OF COMPLIANCE WITH TEX. R. APP. P. 52.10(A)

Counsel for Relators hereby certifies that he has notified all parties by expedited means that a motion for temporary relief has been filed, in compliance with TEX. R. APP. P. 52.10(a).

/s/ Gregg M. Rosenberg
Gregg M. Rosenberg

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of March, 2015, a true and correct copy of the foregoing document has been served as follows on all other parties in compliance with Tex. R. App. P. 9.5(b):

Respondent:

Judge Elaine H. Palmer
Harris County Civil Courthouse
201 Caroline, 13th Floor
Houston, Texas 77002
*Via Hand Delivery*

Counsel for Real Parties in Interest:

Mr. Jeffrey N. Todd
312 S. Friendswood Drive
Friendswood, Texas 77546
(281) 992-8633 (Tel)
(281) 648-8633
*Via Hand Delivery and E-mail*

/s/ Gregg M. Rosenberg
Gregg M. Rosenberg

4